JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN JOSE SALAZAR, et al., | NO. CV 07-01854 SJO (VBKx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

This action came before the Court on the parties' cross-motions for summary judgment. After full consideration of all admissible evidence, the Court finds that there is no triable issue of material fact in this case with regard to Plaintiffs' claims against Defendants that enforcement of California Vehicle Code § 14602.6 violates their state and federal constitutional rights.

It is hereby adjudged and decreed that judgment be entered in favor of Defendants and Plaintiffs take nothing.

IT IS SO ADJUDGED.

Dated this 18th day of September, 2008.        /S/ S. James Otero

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE